**WENDT-SONIS COMPANY, Petitioner**

v.

**NATIONAL LABOR RELATIONS
BOARD.**

**No. 17192.**

United States Court of Appeals
Eighth Circuit.

Dec. 27, 1962.

Walter R. Niblock and Rex W. Perkins, Fayetteville, Ark., for petitioner.

Marcel Mallet-Prevost and Dominick L. Manoli, Washington, D. C., for respondent.

PER CURIAM.

Petition to review dismissed on motions of parties, etc.